| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Fawsett, Patricia C. | 2. Court or Organization<br><br>U.S. District Court FL-M | 3. Date of Report<br><br>05/04/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>401 W. Central Blvd<br>Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Founding Trustee | The Negro Spiritual Scholarship Foundation |
| 2. Member- Board of Directors & Treasurer | Bok Tower Gardens Foundation, Inc. |
| 3. Director | Historical Society of the United States District Court for the Middle District of Florida, Inc. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 11 A 11: 41 FINANCIAL DISCLOSURE OFFICE

Fawsett_Patricia_C

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Edward D Jones Financial Companies LLLP , Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank National Association | Bank Loan | K |
| 2. Chase Bank | Bank Loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN FUNDS -Fundamental Investors Fund A | A | Dividend | K | T | | | | | |
| 2. AMERICAN FUNDS -Growth Fund of America A | A | Dividend | K | T | | | | | |
| 3. LORD ABBETT FUNDS- Affiliated Fund A | A | Dividend | K | T | | | | | |
| 4. LORD ABBETT FUNDS- MidCap Fund A | A | Dividend | K | T | | | | | |
| 5. AMERICAN FUNDS -American Balanced Fund A | A | Int./Div. | K | T | | | | | |
| 6. AMERICAN FUNDS - Bond Fund of America A | B | Int./Div. | K | T | | | | | |
| 7. AMERICAN FUNDS - Income Fund of America A | B | Int./Div. | K | T | | | | | |
| 8. ████████ Tenants in Common / Orange Cty FL Real Estate | | None | J | R | | | | | |
| 9. PUTNAM FUNDS-George Putman Fund A (Y) | | | | | | | | | |
| 10. ANCH NATL LIFE INS ANNTY /Polaris II / Davis Venture | A | Dividend | K | T | | | | | |
| 11. ANCH NATL LIFE INS ANNTY /Polaris II / Davis Real Estate | A | Dividend | | | Sold | 10-30 | K | | |
| 12. ANCH NATL LIFE INS ANNTY /PolarisII/ Amr Global Grth | A | Dividend | K | T | Buy | 10-30 | K | | |
| 13. ANCH NATL LIFE INS ANNTY/Polaris II/ Amr Intl Div Equity | A | Dividend | K | T | Buy | 10-30 | K | | |
| 14. ANCH NATL LIFE INS ANNTY /Polaris II / MFS MidCapGrth | A | Dividend | J | T | | | | | |
| 15. ANCH NATL LIFE INS ANNTY /Polaris II / MFS Tl Return | A | Dividend | K | T | | | | | |
| 16. VAN KAMPEN FUNDS -Comstock Fund A | A | Dividend | | | Sold (part) | 9-9 | J | | |
| 17. VAN KAMPEN FUNDS - Comstock Fund A | A | Dividend | | | Sold | 12-18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Edward Jones Money Market | A | Dividend | K | T | | | | | |
| 19. American Funds-Capital Income Builder A | B | Int./Div. | K | T | | | | | |
| 20. American Funds- Capital World Bond Fund A | A | Int./Div. | J | T | | | | | |
| 21. American Funds- Capital World Growth and Income Fund A | A | Int./Div. | K | T | | | | | |
| 22. American Funds-EuroPacificFund A | B | Dividend | K | T | | | | | |
| 23. Van Kampen Funds-Real Estate Fund A (Y) | | | | | | | | | |
| 24. Van Kampen Funds-Real Estate Fund A (Y) | | | | | | | | | |
| 25. Edward Jones Profit Sharing Plan | C | Dividend | L | T | | | | | |
| 26. Edward Jones 401k | C | Int./Div. | K | T | | | | | |
| 27. American New World Fund A | A | Dividend | J | T | | | | | |
| 28. American Small Cap World Fund A | A | Dividend | J | T | | | | | |
| 29. FranklinTempleton Natural Resource Fund A | A | Dividend | J | T | | | | | |
| 30. Franklin Templeton Utility Fund A | A | Dividend | J | T | | | | | |
| 31. Frankilin Templeton Real Estate Fund A | A | Dividend | J | T | | | | | |
| 32. Templeton China Fund A | B | Dividend | J | T | | | | | |
| 33. Franklin Templeton Gold & Precious Metal Fund A | A | Dividend | J | T | | | | | |
| 34. Franklin Templeton Natural Resource Fund A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Templeton Real Estate Fund A (Y) | | | | | | | | | |
| 36. Templeton China Fund A | A | Dividend | J | T | | | | | |
| 37. Franklin Templeton Gold & Precious Metals Fund A | A | Dividend | | | Sold | 12-26 | J | | |
| 38. Franklin Templeton Growth Fund A | A | Dividend | | | Sold | 12-26 | J | | |
| 39. Franklin Income Fund A | A | Int./Div. | J | T | | | | | |
| 40. Franklin Templeton B.R.I.C Fund A | A | Dividend | J | T | Sold (part) | 12-18 | J | | |
| 41. Franklin Templeton B.R.I.C. Fund A | A | Dividend | | | Buy (add'l) | 12.26 | J | | |
| 42. Franklin Templeton Utility Fund A | A | Int./Div. | J | T | Buy (add'l) | 12-26 | J | | |
| 43. Templeton China Fund A | A | Dividend | | | Sold | 12-26 | J | | |
| 44. Franklin Templeton B.R.I.C Fund A | A | Dividend | J | T | | | | | |
| 45. Van Kampen American Value Fund A | A | Int./Div. | K | T | | | | | |
| 46. Limited Partnership in The Jones Financial Cos,LLLP | D | Distribution | L | U | | | | | |
| 47. Abbott Labs Common Stock ABT | | None | J | T | Buy | 12-23 | J | | |
| 48. Alabama Power Note (X) | A | Interest | | | Sold | 12-19 | J | | |
| 49. Alabama Power Note (X) | | None | J | T | | | | | |
| 50. Alliant Energy Common Stock LNT (X) | | None | | | Sold | 12-18 | J | | |
| 51. Alliant Energy Common Stock LNT (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ameron Common Stock AEE (X) | | None | | | Sold | 12-26 | J | | |
| 53. Ameron Common Stock AEE (X) | A | Dividend | J | T | | | | | |
| 54. Amerigas Partners LP APU (X) | A | Dividend | J | T | | | | | |
| 55. Apple Common Stock AAPL | | None | J | T | Buy | 12-23 | J | | |
| 56. ATT Common Stock T | | None | J | T | Buy | 12-23 | J | | |
| 57. Bank of America Notes (X) | A | Interest | | | Sold | 12-19 | J | | |
| 58. Bank of America Notes (X) | | None | J | T | | | | | |
| 59. Franklin Rising Dividend Fund | | None | J | T | Buy | 12.26 | J | | |
| 60. Franklin MM Fund | | None | J | T | Buy | 12-18 | J | | |
| 61. McDonalds Common Stock MCD | | None | J | T | Buy | 12-23 | J | | |
| 62. Suncor Common Stock SU | | None | J | T | Buy | 12-23 | J | | |
| 63. Van Kampen Muni Unit Trust IGMT83M | | None | J | T | Buy | 12-23 | K | | |
| 64. Van Kampen S&P Unit Trust RSPDG14 | | None | K | T | Buy | 12-23 | K | | |
| 65. WalMart Common Stock WMT | | None | J | T | Buy | 12-23 | K | | |
| 66. Wells Fargo Common Stock WFC | | None | J | T | Buy | 12-23 | J | | |
| 67. 3M Common Stock MMM | | None | J | T | Buy | 12-23 | J | | |
| 68. Canadian Pac. R.R. Debenture (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Citigroup Global Medium Term Notes (X) | | None | J | T | | | | | |
| 70. DTE Energy Common Stock DTE (X) | A | Dividend | | | Sold | 12-18 | J | | |
| 71. Duke Energy Common Stock DUK (X) | A | Dividend | | | Sold | 12-18 | J | A | |
| 72. Duke Energy Note (X) | A | Interest | J | T | Sold (part) | 12-19 | J | A | |
| 73. Duke Realty Common Stock DRE (X) | A | Dividend | | | Sold | 12-18 | J | | |
| 74. Equity One Common Stock EQY (X) | A | Dividend | | | Sold | 12-18 | J | A | |
| 75. Exelon Common Stock EXC (X) | A | Dividend | | | Sold | 12-18 | J | B | |
| 76. Federal Home Loan Mortgage Notes (X) | | None | J | T | | | | | |
| 77. GE Capital Note (X) | A | Interest | J | T | Sold (part) | 12-19 | J | A | |
| 78. Georgia Power Note (X) | A | Interest | J | T | Sold (part) | 12-19 | J | | |
| 79. Lehman Bros Notes (X) | | None | | | Sold | 12-19 | J | | |
| 80. Master Assets Mortgage Pass Through (X) | A | Dividend | J | T | Sold (part) | 12-19 | J | | |
| 81. Merrill Lynch Notes (X) | | None | J | T | | | | | |
| 82. Missouri Pacific R.R Debenture (X) | | None | J | T | | | | | |
| 83. National Retail Properties Common Stock NNN (X) | | None | J | T | Sold (part) | 12-24 | J | | |
| 84. NSTAR Common Stock NST (X) | | None | | | Sold | 12-18 | J | B | |
| 85. Residential Mortgage Asset Passthru (X) | A | Dividend | | | Sold | 12-19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Select Notes Trust (X) | A | Interest | J | T | Sold (part) | 12-19 | J | | |
| 87.   Southern Companies Common Stock SO (X) | A | Dividend | J | T | | | | | |
| 88.   Spectra Energy Common Stock (X) | A | Dividend | | | Sold | 12-18 | J | | |
| 89.   Union Eelctric Co Preferred Stock (X) | | None | | | Sold | 12-26 | J | A | |
| 90.   Verizon Debenture (X) | A | Interest | | | Sold | 12-19 | J | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Section VII Lines 9,23,24 and 35 are reported as possible errors on the Audit Report. These assets were completely sold in 2007, were reflected as such on the 2007 report and are therefore not reportable on the 2008 report but Page 39 Section VII. sub section B of the "Filing Instructions for Judicial Officers and Employees" states that the asset should STILL be reported on the current (2008) years report but should include a "Y" in the description and all columns should be left blank. I have done that.

Section VII - Line 8- Purchased 1/21/1986   for a purchase price of $5000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544